Decided June 9, 1999

---

DAVID W. EDELMEN *v.* PACIFIC EMPLOYERS INSURANCE COMPANY ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 53 Conn. App. 54 (AC 18011), is denied.

BERDON, J., dissenting. I would grant the plaintiff's petition for certification to appeal.

BORDEN, J., did not participate in the consideration or decision of this petition.

*Conrad Ost Seifert* and *John Blazi*, in support of the petition.

*Michael J. Rose,* in opposition.

Decided June 9, 1999